UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN DOUGLAS MACCREADY,

Plaintiff,

v.

THOMPSON, et al.,

Defendants.

Case No. 25-cv-10674-TLT

**ORDER OF DISMISSAL**

Plaintiff, a detainee at West County Detention Facility in Contra Costa County, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was given leave to file a first amended complaint. Dkt. No. 9. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This case is therefore dismissed without prejudice. The clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: July 6, 2026

TRINA L. THOMPSON
United States District Judge